JS 44 (Rev. 10/20) - TXND (10/20)
Case 21-03067-sgj Doc 2 Filed 09/29/21 Entered 09/29/21 15:17:40 Page 1 of 1
Case 3:21-cv-00842-B Document 2 Filed 04/13/21 Page 1 of 1 PageID 27

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CHARITABLE DAF FUND, L.P.
and CLO HOLDCO, LTD.,

**(b)** County of Residence of First Listed Plaintiff: Cayman Islands
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Sbaiti & Company, PLLC. 2200 Ross Ave. Suite 4900W
Dallas, Texas 75201  214-432-2899

### DEFENDANTS
HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD.

County of Residence of First Listed Defendant: Dallas, Texas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
- Citizen of This State: PTF / DEF — Incorporated or Principal Place of Business In This State: PTF [X] 4 / DEF [X] 4
- Citizen or Subject of a Foreign Country: PTF [X] 3 / DEF [X] 3

## IV. NATURE OF SUIT
[X] 470 Racketeer Influenced and Corrupt Organizations

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 18 USC 1961 et seq.
Brief description of cause: Defendants used wire and mail in relationship to Title 11 proceeding to commit fraud.

## VII. REQUESTED IN COMPLAINT:
DEMAND $ NA
JURY DEMAND: [X] Yes

## VIII. RELATED CASE(S) IF ANY

DATE: 4/12/2021
SIGNATURE OF ATTORNEY OF RECORD: /s/ Mazin Sbaiti