# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **CHARITABLE DAF FUND, L.P.** § <br> **and CLO HOLDCO, LTD.,** § <br> *directly and derivatively*, § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> **HIGHLAND CAPITAL MANAGEMENT,** § <br> **L.P. , HIGHLAND HCF ADVISOR, LTD.,** § <br> **JAMES P. SEERY,** *individually*, **and** § <br> **HIGHLAND CLO FUNDING, LTD.,** § <br> *nominally,* § <br> § <br> *Defendants.* § | https://www.pacer.gov/psco/cgi-bin/links.pl <br><br> Cause No.  3:21-CV-00842-B |

## ORDER

The Court, having considered Plaintiffs' Motion for Leave to File First Amended Complaint, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint is GRANTED.

SO ORDERED.

Dated this _____ day of _____, 2021.


_____
UNITED STATES DISTRICT JUDGE