# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CHARITABLE DAF FUND, L.P., AND CLO HOLDCO LTD.<br><br>       Plaintiff,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., AND HIGHLAND CLO FUNDING, LTD.<br><br>       Defendants, | Case No. 3:21-CV-00842-B |

## CERTIFICATE OF SERVICE

  I, Vincent Trang, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the bankruptcy case of *Highland Capital Management, L.P.,* Case No. 19-34054-sgj11 (Bankr. N.D. Tex).

  On May 19, 2021, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Defendant Highland Capital Management, L.P.'s Motion for an Order to Enforce the Order of Reference** [Docket No. 22]

- **Defendant Highland Capital Management, L.P.'s Memorandum of Law in Support of Motion for an Order to Enforce the Order of Reference** [Docket No. 23]

- **Appendix in Support of Highland Capital Management, L.P.'s Motion for an Order to Enforce the Order of Reference** [Docket No. 24]

Dated: May 21, 2021

                /s/ Vincent Trang
                Vincent Trang
                KCC
                222 N Pacific Coast Highway, Suite 300
                El Segundo, CA 90245

# EXHIBIT A

**Exhibit A**
Civil Action Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Earnestiena Cheng, Daniel H O'Brien | Earnestiena.Cheng@fticonsulting.com; Daniel.H.O'Brien@fticonsulting.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Jeffrey N. Pomerantz, Robert J. Feinstein, John A. Morris, Gregory V. Demo | jpomerantz@pszjlaw.com; rfeinstein@pszjlaw.com; jmorris@pszjlaw.com; gdemo@pszjlaw.com |
| Counsel to Charitable DAF Fund LP and CLO Holdco Ltd | Sbaiti & Company PLLC | Mazin A Sabaiti, Jonathan Bridges | MAS@SbaitiLaw.com; jeb@sbaitilaw.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |

# EXHIBIT B

**Exhibit B**
Civil Action Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel to Charitable DAF Fund LP and CLO Holdco Ltd | Sbaiti & Company PLLC | Mazin A Sabaiti, Jonathan Bridges | J.P. Morgan Chase Tower | 2200 Ross Avenue Suite 4900W | Dallas | TX | 75201 |