PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
Robert J. Feinstein (NY Bar No. 1767805)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Judith Elkin (TX Bar No. 06522200)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| CHARITABLE DAF FUND, L.P., AND CLO HOLDCO LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., AND HIGHLAND CLO FUNDING, LTD., <br><br> Defendants. | Case No. 3:21-cv-00842-B |

**DEFENDANT HIGHLAND CAPITAL MANAGEMENT, L.P.'S**
**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Highland Capital Management, L.P. (the "Debtor" or "Defendant"), defendant in the above-captioned case (the "Case"), by and through its undersigned counsel, files this motion (the "Motion") seeking leave of this Court to file a reply brief (the "Reply") in support of its *Motion to Dismiss Complaint* [Docket No. 26] (the "Motion to Dismiss") in excess of the page limitations set forth in Rule 7.2(c) of the Local Civil Rules of the United States District Court for the Northern District of Texas (the "Local Rules"). In support of its Motion, the Debtor states as follows:

## FACTUAL BACKGROUND

1. On May 27, 2021, the Debtor filed its Motion to Dismiss seeking dismissal of the *Original Complaint* [Docket No. 1] (the "Complaint") filed by plaintiffs Charitable DAF Fund, L.P. (the "DAF") and CLO Holdco, Ltd. ("CLOH") (together, "Plaintiffs").

2. On June 28, 2021, Plaintiffs filed their *Unopposed Motion for Leave to Exceed Page Limit* [Docket No. 34] ("Plaintiffs' Page-Limit Motion") seeking leave of this Court to file a response to the Debtor's Motion to Dismiss in excess of the 25-page limit set forth in the Local Rules. Plaintiffs asserted that an increase in the 25-page limit was necessary, *inter alia*, due to the complexity of facts and law relating to the subject matter of this Case.

3. On June 29, 2021, the Court entered an electronic order on the docket in this Case [Docket No. 35] granting Plaintiffs' Page-Limit Motion and permitting Plaintiffs to file a response to the Motion to Dismiss up to 35 pages in length.

4. On June 29, 2021, Plaintiffs filed their *Response to Motion to Dismiss Complaint* [Docket No. 38] (the "Response"). Excluding the table of contents and table of authorities, the Response was 35 pages in length.

5. The deadline for Debtor to file its Reply in support of the Motion to Dismiss is July 13, 2021.

## RELIEF REQUESTED

6. Due to the length of Plaintiffs' Response to the Motion to Dismiss—35 pages—and the breadth and scope of the arguments set forth therein, the Debtor is similarly seeking leave to file its Reply in excess of the 10-page limit set forth in Local Rule 7.2(c). The Debtor believes it can sufficiently address the issues raised in Plaintiffs' 35-page Response in a reply of no more than 15 pages. Accordingly, the Debtor respectfully requests that the Court grant the Debtor leave to file its Reply in a length of up to 15 pages, excluding any table of contents and/or table of authorities included in the Reply.

7. As set forth in the certificate of conference below, counsel for the Plaintiffs is **UNOPPOSED** to the relief requested in this Motion.

WHEREFORE, the Debtor respectfully requests that the Court (i) grant the Motion; (ii) enter an order granting the Debtor leave to file its Reply in a length of up to 15 pages, excluding any table of contents and/or table of authorities included in the Reply; and (iii) grant the Debtor such other and further relief as the Court may deem proper.

Dated: July 12, 2021 **PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
Robert J. Feinstein (NY Bar No. 1767805)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Judith Elkin (TX 06522200)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
      rfeinstein@pszjlaw.com
      jmorris@pszjlaw.com
      gdemo@pszjlaw.com
      jelkin@pszjlaw.com
      hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, on July 12, 2021, counsel for the Debtor corresponded with Plaintiffs' counsel regarding the relief requested in the foregoing Motion. Plaintiffs' counsel advised counsel for the Debtor that they are **UNOPPOSED** to the relief requested in the Motion.

  /s/ *Zachery Z. Annable*
Zachery Z. Annable