IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARITABLE DAF FUND, L.P., AND CLO HOLDCO LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., AND HIGHLAND CLO FUNDING, LTD., <br><br> Defendants. | § § § § § § § § § § § § § <br><br> Case No. 3:21-cv-00842-B |

**ORDER GRANTING DEFENDANT HIGHLAND CAPITAL MANAGEMENT, L.P.'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Before the Court is defendant Highland Capital Management L.P.'s ("Debtor" or "Defendant") *Motion for Leave to Exceed Page Limit* [Docket No. __] (the "Motion").[1] Having considered: (a) the Motion and (b) Plaintiffs' lack of opposition to the relief requested in the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish good cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor and for the reasons set forth in the record on this Motion, it is **HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The Debtor is granted leave to file its Reply in support of its Motion to Dismiss in a length of up to 15 pages, excluding the table of contents and/or table of authorities included in the Reply.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

2

**It is so ordered** this _____ day of _____, 2021.

_____
The Honorable Jane J. Boyle
United States District Judge