IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARITABLE DAF FUND, L.P., AND CLO HOLDCO LTD.<br><br>                   Plaintiff,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., AND HIGHLAND CLO FUNDING, LTD.<br><br>                   Defendants. | §<br>§<br>§<br>§    Case No. 3:21-cv-00842-B<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING MOTION FOR JUDICIAL NOTICE

Before the Court is *Defendant Highland Capital Management L.P.'s Motion to Take Judicial Notice of Order* [Docket No. __] (the "Motion"), requesting this Court to take judicial notice of the *Bankruptcy Court's Memorandum Opinion and Order Holding Certain Parties and Their Attorneys in Civil Contempt of Court for Violation of Bankruptcy Court Orders* [Bankr. Docket No. 2660][1] (the "Contempt Order"), attached to the Motion as Exhibit A.[2] Having considered the (i) Motion and the arguments set forth therein and (ii) the exhibit annexed to the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331; and this Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1391; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and that no other notice need be provided; and this Court having determined that the legal and factual bases

---

[1] Refers to the docket maintained in Case No. 19-34054-sgj11 (the "Bankruptcy Case").

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

1

set forth in the Motion establish good cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor and for the reasons set forth in the record on this Motion, it is **HEREBY ORDERED THAT**:

    1.    The Motion is **GRANTED** as set forth herein.

    2.    The Court shall take judicial notice of the Contempt Order.

**It is so ordered** this _____ day of _____, 2021.

                                                    _____
                                                    The Honorable Jane J. Boyle
                                                    United States District Judge