Paul R. Bessette
Texas Bar No. 02263050
500 West 2nd St., Suite 1800
Austin, TX 78701-4684
(512) 457-2000 (phone)
(512) 457-2100 (fax)
pbessette@kslaw.com

Jonathan W. Jordan
Texas Bar No. 00784360
1180 Peachtree Street NE
Atlanta, GA 30309
Tel: 404-572-4600
Fax: 404-572-5100
jjordan@kslaw.com

*Counsel for Highland CLO Funding, Ltd.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **CHARITABLE DAF FUND, L.P.,** and **CLO HOLDCO, LTD.,** *directly and derivatively,* § § § § § | | |
| **PLAINTIFFS,** § § § | **Case No. 3:21-cv-00842-b** | |
| v. § | | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD.,** and **HIGHLAND CLO FUNDING, LTD.,** Nominally, § § § § § | | |
| **DEFENDANTS.** § | | |

### APPENDIX IN SUPPORT OF
### HIGHLAND CLO FUNDING, LTD.'S MOTION TO DISMISS

Highland CLO Funding, Ltd. ("HCLOF") files this appendix in support of its motion to dismiss the complaint against HCLOF in the above-captioned case.

1

| | |
|---|---|
| Exhibit A | *Jackson v. Dear and Others* (2013) 10/2013, 26, March 2013 |
| Exhibit B | *Prudential Assurance Co. Ltd. v. Newman Industries Ltd.* (No. 2) [1982], 1 All E.R. 354, 366-67 |
| Exhibit C | HCM-Harbourvest Settlement Agreement |
| Exhibit D | Declaration of Richard Boléat |

Dated:  August 30, 2021

                                                                   Respectfully submitted,

                                                                   **KING & SPALDING LLP**

                                                                   */s/ Paul R. Bessette*
                                                                   Paul R. Bessette
                                                                   Texas Bar No. 02263050
                                                                   500 West 2nd St., Suite 1800
                                                                   Austin, TX 78701-4684
                                                                   (512) 457-2000 (phone)
                                                                   (512) 457-2100 (fax)
                                                                   pbessette@kslaw.com

                                                                   Jonathan W. Jordan
                                                                   Texas Bar No. 00784360
                                                                   1180 Peachtree Street NE
                                                                   Atlanta, GA 30309
                                                                   Tel: 404-572-4600
                                                                   Fax: 404-572-5100
                                                                   jjordan@kslaw.com

                                                                   ***Counsel for Highland CLO Funding, Ltd.***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served electronically by the Court's ECF system on August 30, 2021.

> */s/ Paul R. Bessette*
> Paul R. Bessette