IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CHARITABLE DAF FUND, L.P. <br> and CLO HOLDCO, LTD., <br> *directly and derivatively,* <br><br> *Plaintiffs,* <br><br> v. <br><br> HIGHLAND CAPITAL MANAGEMENT, <br> L.P., HIGHLAND HCF ADVISOR, LTD., <br> and HIGHLAND CLO FUNDING, LTD., <br> *nominally,* <br><br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CAUSE NO. 3:21-cv-00842-B |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE
TO HIGHLAND CLO FUNDING, LTD.'S MOTION TO DISMISS AND JOINDER
IN MOTION TO DISMISS OF HIGHLAND CAPITAL MANAGEMENT, L.P.**

Plaintiffs respectfully move this Court to extend their time to file their response to Defendant Highland CLO Funding, Ltd.'s Motion to Dismiss and Joinder in Motion to Dismiss of Highland Capital Management, LP.

1. Defendant Highland CLO Funding, Ltd. ("HCLOF") filed its Motion to Dismiss and Joinder in Motion to Dismiss of Highland Capital Management, L.P. on August 30, 2021. Plaintiffs' response is due on September 20, 2021.

2. Defendant HCLOF has agreed to extend Plaintiffs' response deadline for 21 days to October 11, 2021.

Plaintiffs respectfully request that the Court grant their Motion and deem Plaintiffs' response to Highland CLO Funding, Ltd.'s Motion to Dismiss and Joinder in Motion to Dismiss of Highland Capital Management, L.P. due on October 11, 2021.

___

Dated:  September 17, 2021

Respectfully submitted,

**SBAITI & COMPANY PLLC**

*/s/  Mazin A. Sbaiti*
**Mazin A. Sbaiti**
Texas Bar No. 24058096
**Jonathan Bridges**
Texas Bar No. 24028835
JPMorgan Chase Tower
2200 Ross Avenue – Suite 4900W
Dallas, TX  75201
T:  (214) 432-2899
F:  (214) 853-4367
E:  mas@sbaitilaw.com
    jeb@sbaitilaw.com

**Counsel for Plaintiffs**