SBAITI & COMPANY PLLC
Mazin A. Sbaiti (TX Bar No. 24058096)
Jonathan Bridges (TX Bar No. 24028835)
J.P. Morgan Chase Tower
2200 Ross Avenue, Suite 4900W
Dallas, TX  75201
T:  (214) 432-2899
F:  (214) 853-4367

*Counsel for The Charitable DAF Fund, L.P.
and CLO Holdco, Ltd.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| CHARITABLE DAF FUND, L.P. AND CLO HOLDCO, LTD., DIRECTLY AND DERIVATIVELY | § § § | |
| Plaintiffs, | § | Adversary Proceeding No. |
| | § | |
| vs. | § | 21-03067-sgj11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., AND HIGHLAND CLO FUNDING LTD., NOMINALLY | § § § § | |
| Defendant. | § § | |

**PLAINTIFFS' LIST OF EXHIBITS**

Plaintiffs respectfully submit their exhibit list with respect to the following hearings on November 23, 2021, at 9:30 a.m.:

- *Plaintiffs' Motion to Stay All Proceedings* [AP Doc. 55]
- *Motion to Strike Reply Appendix* [AP Doc. 47]

- *Defendant Highland Capital Management, L.P.'s Motion to Dismiss Complaint* [AP Doc. 26]

| Exh. No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Defendant Highland Capital Management, L.P.'s Memorandum of Law in Support of Motion for Reconsideration in *The Charitable DAF Fund, L.P. v. Highland Capital Management, L.P.,* Case No. 3:21-cv-01710-N, In the United States District Court for the Northern District of Texas, Dallas Division [Doc. 9] | | |
| 2 | Defendant Highland Capital Management, L.P.'s Memorandum of Law in Support of Its Motion to Dismiss in *The Charitable DAF Fund, L.P. v. Highland Capital Management, L.P.,* Case No. 3:21-cv-01710-N, In the United States District Court for the Northern District of Texas, Dallas Division [Doc. 12] | | |
| 3 | Order (I) Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (As Modified) and (II) Granting Related Relief [Doc. 1943] | | |
| 4 | Any document entered or filed in the Reorganized Debtor's Bankruptcy Case, including any exhibits thereto | | |
| 5 | All exhibits necessary for impeachment and/or rebuttal purposes | | |
| 6 | All exhibits identified by or offered by any other party at the hearing | | |

Dated:  November 22, 2021         Respectfully submitted,

**SBAITI & COMPANY PLLC**

*/s/  Mazin A. Sbaiti*
**Mazin A. Sbaiti**
Texas Bar No. 24058096
**Jonathan Bridges**
Texas Bar No. 24028835
JPMorgan Chase Tower
2200 Ross Avenue – Suite 4900W
Dallas, TX  75201
T:  (214) 432-2899
F:  (214) 853-4367
E:  mas@sbaitilaw.com
      jeb@sbaitilaw.com

**Counsel for Plaintiffs**