

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 7, 2021**

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| CHARITABLE DAF FUND, L.P., and CLO HOLDCO, LTD., *directly and derivatively*, | § § § | |
| | § | |
| Plaintiffs, | § | Adv. Pro. No. 21-3067 |
| | § | |
| v. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., and HIGHLAND CLO FUNDING LTD., *Nominally* | § § § § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING HIGHLAND CLO FUNDING, LTD.'S
### <u>MOTION TO DISMISS</u>

For the reasons set forth at the hearing dated November 23, 2021, the motion to dismiss of

Highland CLO Funding, Ltd. ("HCLOF") filed August 30, 2021 [ECF No. 57] (the "Motion to

Dismiss") is hereby GRANTED. Nothing in this Order shall otherwise affect the disposition of the pending motion to dismiss filed by defendants Highland Capital Management, L.P. and Highland HCF Advisor, Ltd.

It is hereby ordered and adjudged that HCLOF is DISMISSED with prejudice from the above-captioned case, with all costs to be borne by parties incurring them.

###END OF DOCUMENT###