

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 7, 2021**

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| CHARITABLE DAF FUND, L.P. AND CLO HOLDCO, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., AND HIGHLAND CLO FUNDING, LTD.,<br><br>Defendants. | Adversary Proceeding No.<br><br>Case No. 21-03067-sgj |

## ORDER ON MOTION TO STRIKE REPLY APPENDIX

---

[1] The Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

This matter having come before the Court on the *Motion to Strike Reply Appendix* [Docket No. 47] (the "Motion")[2] filed by Charitable DAF Fund, L.P., and CLO Holdco, Ltd., the plaintiffs in the above-captioned adversary proceeding, and this Court having considered (i) the Motion; (ii) *Defendant Highland Capital Management, L.P.'s Opposition to Motion to Strike Reply Appendix* [Docket No. 48]; and (iii) the arguments made during the hearing held on November 23, 2021; and; and upon all of the proceedings had before this Court, and after due deliberation and sufficient cause appearing therefor, and for the reasons set forth in the record on this Motion, **IT IS ORDERED, ADJUDGED, AND DECREED THAT**

1. The Motion was filed to strike the *Appendix in Support of Debtor's Reply in Support of the Debtor's Motion to Enforce the Order of Reference* [Docket No. 43], filed concurrently with *Debtor's Reply in Support of Debtor's Motion to Enforce the Order of Reference* [Docket No. 42].

2. In light of the *Order of Reference* [Docket No. 64] entered by the District Court enforcing Miscellaneous Order No. 33, the Motion is dismissed as MOOT.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### END OF ORDER ###

---

[2] Capitalized terms used but not herein defined shall have the meanings ascribed to such terms in the Motion.