

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 7, 2021

_____
United States Bankruptcy Judge
_____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| CHARITABLE DAF FUND, L.P., and CLO HOLDCO, LTD., *directly and derivatively*, | § | |
| | § | |
| Plaintiffs, | § | Adv. Pro. No. 21-3067 |
| | § | |
| v. | § | |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., and HIGHLAND CLO FUNDING LTD., *Nominally* | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING HIGHLAND CLO FUNDING, LTD.'S
## MOTION TO DISMISS

For the reasons set forth at the hearing dated November 23, 2021, the motion to dismiss of

Highland CLO Funding, Ltd. ("HCLOF") filed August 30, 2021 [ECF No. 57] (the "Motion to

1

Dismiss") is hereby GRANTED. Nothing in this Order shall otherwise affect the disposition of the pending motion to dismiss filed by defendants Highland Capital Management, L.P. and Highland HCF Advisor, Ltd.

It is hereby ordered and adjudged that HCLOF is DISMISSED with prejudice from the above-captioned case, with all costs to be borne by parties incurring them.

###END OF DOCUMENT###

United States Bankruptcy Court

Northern District of Texas

Charitable DAF Fund, LP,
    Plaintiff

Highland Capital Management, LP,
    Defendant

Adv. Proc. No. 21-03067-sgj

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 07, 2021 | Form ID: pdf001 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Ira D Kharasch, 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067-4003 |
| aty | + | Jeffrey N. Pomerantz, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067-4114 |
| aty | + | Jonathan W. Jordan, Brobeck Phleger & Harrison, 4801 Plaza on the Lake, Austin, TX 78746-1073 |
| aty | + | Judith Elkin, Pachulski Stang Ziehl & Jones, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Dec 07 2021 21:20:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 09, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory V. Demo | on behalf of Defendant Highland Capital Management LP gdemo@pszjlaw.com, jo'neill@pszjlaw.com;ljones@pszjlaw.com;jfried@pszjlaw.com;ikharasch@pszjlaw.com;jmorris@pszjlaw.com;jpomerantz@pszjlaw.com;hwinograd@pszjlaw.com;kyee@pszjlaw.com;lsc@pszjlaw.com |

| District/off: 0539-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 07, 2021 | Form ID: pdf001 | Total Noticed: 5 |

Hayley R. Winograd
    on behalf of Defendant Highland Capital Management  LP hwinograd@pszjlaw.com

John A. Morris
    on behalf of Defendant Highland Capital Management  LP jmorris@pszjlaw.com

Jonathan E. Bridges
    on behalf of Plaintiff Charitable DAF Fund  LP jeb@sbaitilaw.com

Jonathan E. Bridges
    on behalf of Plaintiff CLO Holdco  Ltd. jeb@sbaitilaw.com

Mazin Ahmad Sbaiti
    on behalf of Plaintiff CLO Holdco  Ltd. mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com

Mazin Ahmad Sbaiti
    on behalf of Plaintiff Charitable DAF Fund  LP mas@sbaitilaw.com, krj@sbaitilaw.com;jeb@sbaitilaw.com;mgp@sbaitilaw.com

Melissa S. Hayward
    on behalf of Defendant Highland Capital Management  LP MHayward@HaywardFirm.com, mholmes@HaywardFirm.com

Paul Richard Bessette
    on behalf of Defendant Highland CLO Funding  Ltd. pbessette@KSLAW.com, ccisneros@kslaw.com;jworsham@kslaw.com;kbryan@kslaw.com;jcarvalho@kslaw.com

Robert Joel Feinstein
    on behalf of Defendant Highland Capital Management  LP rfeinstein@pszjlaw.com

Zachery Z. Annable
    on behalf of Defendant Highland Capital Management  LP zannable@haywardfirm.com

TOTAL: 11