BTXN 099 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Highland Capital Management, L.P. §
§ Case No.: 19−34054−sgj11
Debtor(s) § Chapter No.: 11
The Charitable DAF Fund, L.P. and CLO Holdco, Ltd. §
Appellant(s) § Adversary No.: 21−03067−sgj
vs. §
Highland Capital Management, L.P. § Civil Action No.: 3:21−CV−03129−N
Appellee(s) §

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 12/10/2021 regarding [81] Order denying motion to stay (related documents 69 Plaintiffs' Amended motion to stay all proceedings and 55 Motion to stay) Entered on 12/7/2021 by The Charitable DAF Fund, L.P. and CLO Holdco, Ltd. in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on February 18, 2022.

DATED: 2/18/22

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/J. Blanco, Deputy Clerk