PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Robert J. Feinstein (NY Bar No. 1767805) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward (TX Bar No. 24044908)
MHayward@HaywardFirm.com
Zachery Z. Annable (TX Bar No. 24053075)
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110

*Counsel for the Reorganized Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,[1]<br><br>          Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| CHARITABLE DAF FUND, L.P., AND CLO HOLDCO LTD.,<br><br>          Plaintiffs,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., AND HIGHLAND CLO FUNDING, LTD.,<br><br>          Defendants. | Adversary Proceeding No.<br><br>21-03067-sgj |

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

## APPELLEE'S AMENDED SUPPLEMENTAL
## DESIGNATION OF RECORD ON APPEAL

Highland Capital Management, L.P. ("Appellee" or "Reorganized Debtor"), pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, hereby submits its amended supplemental designation of items to be included in the record in the appeal filed by The Charitable DAF Fund, L.P. and CLO Holdco, Ltd. (together, "Appellants") from the *Memorandum Opinion and Order Granting Motion to Dismiss the Adversary Proceeding* [Docket No. 100] entered by the United States Bankruptcy Court for the Northern District of Texas on March 11, 2022 in the above-styled adversary proceeding (the "Adversary Proceeding"). Appellee respectfully reserves the right to supplement and/or amend the record on appeal designated herein.

I.  **Supplemental Items from the Docket in the Bankruptcy Case and the Adversary Proceeding**

Appellee designates the following additional items from the docket in the Adversary Proceeding and the main bankruptcy case, Case No. 19-34054-sgj11 (the "Bankruptcy Case"), in addition to the items previously designated by Appellants:

| Date | Docket No. | Description |
|---|---|---|
| **Documents filed in Bankruptcy Case** | | |
| 12/24/2020 | 1631 | Declaration re: (Declaration of John A. Morris in Support of the Debtor's Motion for Entry of an Order Approving Settlement with HarbourVest (Claim Nos. 143, 147, 149, 150, 153, 154) and Authorizing Actions Consistent Therewith) filed by Debtor Highland Capital Management, L.P. (RE: related document(s)1625 Motion to compromise controversy with HarbourVest 2017 Global Fund L.P., HarbourVest 2017 Global AIF L.P., HarbourVest Dover Street IX Investment L.P., HV International VIII Secondary L.P., HarbourVest Skew Base AIF L.P., and HarbourVest Partners L.P..). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7) (Annable, Zachery) |
| 12/24/2020 | 1631-1 | *Settlement Agreement* and *Transfer Agreement for Ordinary Shares of Highland CLO Funding, Ltd.* |

| Date | Docket No. | Description |
|---|---|---|
| 12/24/2020 | 1631-2 | HarbourVest 2017 Global Fund L.P., Proof of Claim No. 143 |
| 12/24/2020 | 1631-3 | HarbourVest 2017 Global AIF L.P., Proof of Claim No. 147 |
| 12/24/2020 | 1631-4 | HarbourVest Partners L.P., Proof of Claim No. 149 |
| 12/24/2020 | 1631-5 | HarbourVest Dover Street IX Investment L.P., Proof of Claim No. 150 |
| 12/24/2020 | 1631-6 | HV International VIII Secondary L.P., Proof of Claim No. 153 |
| 12/24/2020 | 1631-7 | HarbourVest Skew Base AIF L.P., Proof of Claim No. 154 |
| 01/06/2021 | 1697 | Objection to (related document(s): 1625 Motion to compromise controversy with HarbourVest 2017 Global Fund L.P., HarbourVest 2017 Global AIF L.P., HarbourVest Dover Street IX Investment L.P., HV International VIII Secondary L.P., HarbourVest Skew Base AIF L.P., and HarbourVest Partners L.P.. filed by Debtor Highland Capital Management, L.P.) filed by Interested Party James Dondero. (Assink, Bryan) |
| 01/08/2021 | 1706 | Objection to (related document(s): 1625 Motion to compromise controversy with HarbourVest 2017 Global Fund L.P., HarbourVest 2017 Global AIF L.P., HarbourVest Dover Street IX Investment L.P., HV International VIII Secondary L.P., HarbourVest Skew Base AIF L.P., and HarbourVest Partners L.P.. filed by Debtor Highland Capital Management, L.P.)Objection to Debtor's Motion for Entry of an Order Approving Settlement with HarbourVest (Claim Nos. 143, 147, 149, 150, 153, 154) and Authorizing Actions Consistent Therewith with Certficate of Service filed by Get Good Trust, The Dugaboy Investment Trust. (Draper, Douglas) |
| 01/08/2021 | 1707 | Objection to (related document(s): 1625 Motion to compromise controversy with HarbourVest 2017 Global Fund L.P., HarbourVest 2017 Global AIF L.P., HarbourVest Dover Street IX Investment L.P., HV International VIII Secondary L.P., HarbourVest Skew Base AIF L.P., and HarbourVest Partners L.P.. filed by Debtor Highland Capital Management, L.P.) filed by Creditor CLO Holdco, Ltd.. (Kane, John) |
| 01/13/2021 | 1731 | Omnibus Reply to (related document(s): 1697 Objection filed by Interested Party James Dondero, 1706 Objection filed by Creditor The Dugaboy Investment Trust, Creditor Get Good Trust, 1707 Objection filed by Creditor CLO Holdco, Ltd.) filed by Debtor Highland Capital Management, L.P.. (Annable, Zachery) |
| 08/04/2021 | 2660 | Memorandum Opinion and Order Holding Certain Parties and Their Attorneys in Civil Contempt of Court for Violation of |

| Date | Docket No. | Description |
|---|---|---|
| | | Bankruptcy Court Orders (RE: related document(s)2247 Motion for order to show cause filed by Debtor Highland Capital Management, L.P.). Entered on 8/4/2021 (Okafor, M.) |
| **Documents filed in Adversary Proceeding** | | |
| 09/29/2021 | 52 | MOTION to Take Judicial Notice of Order filed by Highland Capital Management LP (Attachments: # 1 Exhibit(s) A # 2 Proposed Order) (Annable, Zachery) (Entered: 08/11/2021) [ORIGINALLY FILED IN 21-CV-0842 AS #52 ON 08/11/2021 IN U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION] (Okafor, M.) |
| 09/29/2021 | 53 | ELECTRONIC ORDER granting 52 Motion to Take Judicial Notice of Order. The Court takes judicial notice that the bankruptcy court held Plaintiffs and others in contempt of its orders. See Order, In re Highland Cap. Mgmt., L.P., No. 19-34054-sgj11 (Bankr. N.D. Tex. Aug. 4, 2021) (ECF No. 2660). The Court will consider this fact in addressing the remaining pending motions in this case, which are under advisement. (Ordered by Judge Jane J. Boyle on 8/12/2021) (chmb) (Entered: 08/12/2021) [ORIGINALLY FILED IN 21-CV-0842 AS #53 ON 08/12/2021 IN U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION] (Okafor, M.) |
| **Transcripts** | | |
| 01/17/2021 | 1765 | Transcript Regarding Hearing Held 01/14/2021 (173 pages) |

Appellee reserves the right to designate additional items depending on the arguments made by Appellants on appeal.

| | |
|---|---|
| Dated: April 19, 2022. | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | Jeffrey N. Pomerantz (CA Bar No.143717)<br>John A. Morris (NY Bar No. 2405397)<br>Robert J. Feinstein (NY Bar No. 1767805)<br>Gregory V. Demo (NY Bar 5371992)<br>Hayley R. Winograd (NY Bar No. 5612569)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>E-mail:  jpomerantz@pszjlaw.com<br>           jmorris@pszjlaw.com<br>           rfeinstein@pszjlaw.com<br>           gdemo@pszjlaw.com<br>           hwinograd@pszjlaw.com<br><br>-and-<br><br>**HAYWARD PLLC**<br><br>*/s/ Zachery Z. Annable*<br>Melissa S. Hayward<br>Texas Bar No. 24044908<br>MHayward@HaywardFirm.com<br>Zachery Z. Annable<br>Texas Bar No. 24053075<br>ZAnnable@HaywardFirm.com<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Tel: (972) 755-7100<br>Fax: (972) 755-7110<br><br>*Counsel for the Reorganized Debtor* |