BTXN 099 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>　　　　　　　　　　　　　　Debtor(s)<br>The Charitable DAF Fund, L.P.; CLO Holdco, Ltd<br>　　　　　　　　　　　　　　Appellant(s)<br>　vs.<br>Highland Capital Management, L.P.; Highland HCF Advisor, Ltd<br>　　　　　　　　　　　　　　Appellee(s) | Case No.:　　19–34054–sgj11<br>Chapter No.:　11<br><br>Adversary No.:　　21–03067–sgj<br><br>Civil Action No.:　　3:22–cv–00695–S |

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

　　Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 3/21/2022 regarding [100] Order granting motion to dismiss adversary proceeding with prejudice (related document # 26) Entered on 3/11/2022 by The Charitable DAF Fund, L.P.; CLO Holdco, Ltd in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

　　This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

　　All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

　　The above referenced record was delivered to the U.S. District Clerk's Office on April 26, 2022.

DATED:  4/26/22　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　　Robert P. Colwell, Clerk of Court

　　　　　　　　　　　　　　　　　　　　by: /s/J. Blanco, Deputy Clerk