# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CHARITABLE DAF FUND, L.P. *and* <br> CLO HOLDCO, LTD., <br><br> v. <br><br> HIGHLAND CAPITAL <br> MANAGEMENT, L.P., *et al.* | § § § § § § § § § § | <br><br><br><br><br> CIVIL ACTION NO. 3:22-CV-695-S |

## ORDER

The above-numbered case is hereby transferred to the docket of the Honorable Judge Jane J. Boyle for consolidation with *The Charitable DAF Fund LP, et al. v. Highland Capital Management LP*, Case No. 3:21-cv-3129-N.  All future pleadings shall be filed under case number 3:21-cv-3129-B.

**SO ORDERED.**

SIGNED June 9, 2022.

*/s/ Karen Gren Scholer*
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**