## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | § § | |
| CHARITABLE DAF FUND, L.P., AND CLO HOLDCO, LTD., DIRECTLY AND DERIVATELY, | § § § § | |
| Plaintiffs, | § § | Adversary Proceeding No. |
| vs. | § § § | 21-03067-sgj |
| HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., AND HIGHLAND CLO FUNDING LTD., NOMINALLY, | § § § § § § | |
| Defendants. | § | |

## <u>CERTIFICATE OF SERVICE</u>

I, Aljaira Duarte, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Reorganized Debtor in the above-captioned case.

On October 27, 2022, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**:

*(Continued on Next Page)*

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (8357). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

- **Notice of Hearing and Briefing Schedule on Defendant Highland Capital Management, L.P.'s Renewed Motion to Dismiss Complaint** [Docket No. 126]

Dated: October 31, 2022

/s/ Aljaira Duarte
Aljaira Duarte
KCC
222 N Pacific Coast Highway, Suite 300
El Segundo, CA 90245

# EXHIBIT A

Exhibit A

Adversary Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Financial Advisor to Official Committee of Unsecured Creditors | FTI Consulting | Earnestiena Cheng | Earnestiena.Cheng@fticonsulting.com |
| Counsel for the Debtor | Hayward & Associates PLLC | Melissa S. Hayward, Zachery Z. Annable | MHayward@HaywardFirm.com; ZAnnable@HaywardFirm.com |
| Counsel for Highland CLO Funding Ltd. | King & Spalding LLP | Jonathan W. Jordan | jjordan@kslaw.com |
| Counsel for Highland CLO Funding Ltd. | King & Spalding LLP | Paul R. Bessette | pbessette@kslaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Richard M. Pachulski, Jeffrey N. Pomerantz, Ira D. Kharasch, James E. O'Neill, Robert J. Feinstein, John A. Morris, Gregory V. Demo | rpachulski@pszjlaw.com; jpomerantz@pszjlaw.com; ikharasch@pszjlaw.com; joneill@pszjlaw.com; rfeinstein@pszjlaw.com; jmorris@pszjlaw.com; gdemo@pszjlaw.com |
| Counsel for the Debtor | Pachulski Stang Ziehl & Jones LLP | Robert Joel Feinstein, Hayley R. Winograd, Judith Elkin, Jordan A Kroop, Robert J Feinstein | rfeinstein@pszjlaw.com; hwinograd@pszjlaw.com; jelkin@pszjlaw.com |
| Counsel for CLO Holdco, Ltd. and Charitable DAF Fund, L.P. | Sbaiti & Company PLLC | Mazin A Sbaiti, Jonathan Bridges, Kevin N Colquitt | MAS@SbaitiLaw.com; jeb@sbaitilaw.com |
| Counsel for Official Committee of Unsecured Creditors | Sidley Austin LLP | Matthew Clemente, Alyssa Russell, Elliot A. Bromagen, Dennis M. Twomey | mclemente@sidley.com; alyssa.russell@sidley.com; ebromagen@sidley.com; dtwomey@sidley.com |
| Counsel for Official Committee of Unsecured Creditors,  Marc. S. Kirschner, as Litigation Trustee of the Highland Litigation Sub-Trust | Sidley Austin LLP | Penny P. Reid, Paige Holden Montgomery, Juliana Hoffman, Chandler M. Rognes | preid@sidley.com; pmontgomery@sidley.com; jhoffman@sidley.com; crognes@sidley.com |

Highland Capital Management, L.P.
Case No. 19-34054