SBAITI & COMPANY PLLC
Mazin A. Sbaiti (TX Bar No. 24058096)
Jonathan Bridges (TX Bar No. 24028835)
2200 Ross Avenue, Suite 4900W
Dallas, TX  75201
T: (214) 432-2899
F: (214) 853-4367

*Counsel for Charitable DAF Fund, L.P.
and CLO Holdco, Ltd.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | Case No. 19-34054-sgj11 |
| | § | |
| Debtor. | § | |
| | § | |
| CHARITABLE DAF FUND, L.P. AND CLO | § | |
| HOLDCO, LTD., DIRECTLY AND DERIVATIVELY | § | |
| | § | |
| Plaintiffs, | § | Adversary Proceeding No. |
| | § | |
| vs. | § | 21-03067-sgj |
| | § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § | |
| HIGHLAND HCF ADVISOR, LTD., AND | § | |
| HIGHLAND CLO FUNDING LTD., NOMINALLY | § | |
| | § | |
| Defendants. | § | |
| | § | |

### PLAINTIFFS' WITNESS AND EXHIBIT LIST REGARDING HEARING ON HIGHLAND CAPITAL MANAGEMENT, L.P.'S RENEWED MOTION TO DISMISS COMPLAINT TO BE HELD ON JANUARY 25, 2023

Plaintiffs submit the following witness and exhibit list regarding Defendant Highland Capital Management, L.P.'s Renewed Motion to Dismiss Complaint.

---

Plaintiffs' Witness and Exhibit List Regarding Hearing
on Defendant's Renewed Motion to Dismiss                                                                Page 1

**WITNESSES**:

1. Any witness identified or called by any other party;

2. Any witness for impeachment or rebuttal.

**EXHIBITS**:

| No. | Exhibit | Offered | Admitted |
|---|---|---|---|
| 1 | Excerpts from Transcript of Hearing on Application to Employ James P. Seery, Jr. on July 14, 2020 (APP_0003 – 0014) | | |
| 2 | Highland CLO Funding – Members Agreement Relating to the Company (APP_0015 – 0042) | | |
| 3 | HarbourVest Settlement Agreement (APP_0043 – 0061) | | |
| 4 | Order Approving Debtor's Settlement with HarbourVest (APP_0062 – 0084) | | |
| 5 | HCLOF Offering (APP_0085-0206) | | |
| 6 | Amended and Restated Investment Advisory Agreement (APP_0207 – 0221) | | |
| 7 | Transcript of January 14, 2021 hearing | | |
| | All exhibits necessary for impeachment and/or rebuttal purposes. | | |
| | All exhibits identified by or offered by any other party for the hearing on Highland Capital Management, L.P.'s Renewed Motion to Dismiss. | | |

Dated: January 23, 2023

Respectfully submitted,

**SBAITI & COMPANY PLLC**

*/s/ Mazin A. Sbaiti*
**Mazin A. Sbaiti**
Texas Bar No. 24058096
**Jonathan Bridges**
Texas Bar No. 24028835
JPMorgan Chase Tower
2200 Ross Avenue – Suite 4900W
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com
   jeb@sbaitilaw.com

*Counsel for Plaintiffs*

___