**KELLY HART PITRE**
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopier: (817) 878-9280

*Special Purpose for Charitable DAF Fund, L.P.*
*and CLO Holdco, Ltd. with respect to Withdrawal of Reference Motion*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | **Case No. 19-34054-sgj11** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | **Chapter 11** |
| | § | |
| **Debtor** | § | |
| | § | |
| | § | |
| | § | |
| | | |
| **CHARITABLE DAF FUND, L.P. AND CLO HOLDCO, LTD., DIRECTLY AND DERIVATIVELY** | § | |
| | § | |
| **Plaintiff** | § | |
| **v.** | § | **Case No. 21-03067-sgj** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., AND HIGHLAND CLO FUNDING LTD., NOMINALLY ,** | § | |
| | § | |
| | § | |
| **Defendant** | | |

**PLAINTIFFS' WITNESS AND EXHIBIT LIST REGARDING ON**
**RENEWED MOTION TO WITHDRAW THE REFERENCE TO BE HELD ON**
**JANUARY 25, 2023 AT 1:30 PM**

Plaintiffs submit the following witness and exhibit list regarding the *Renewed Motion to Withdraw the Reference* [Docket No. 128] (the "Withdrawal of Reference Motion"), which the Court has set for hearing at 1:30 p.m. (Central Time) on January 25, 2023 (the "Hearing") in the above-styled adversary proceeding (the "Adversary Proceeding").

**A. Witnesses**:

    1. Any witness identified by or called by another party; and

    2. Any witness necessary for rebuttal.

**B. Exhibits**:

| Number | Exhibit | Offered | Admitted |
|--------|---------|---------|----------|
| 1. | Any document entered or filed in the Adversary Proceeding or underlying Bankruptcy Case, including exhibits thereto | | |
| 2. | All exhibits identified by or offered by any other party at the Hearing | | |

Plaintiffs reserve the right to amend this *Exhibit and Witness List* before the Hearing to identify additional witnesses or exhibits.

*[signature block on following page]*

Respectfully submitted:

**KELLY HART PITRE**

*/s/ Louis M. Phillips*
**Louis M. Phillips (#10505)**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

and

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
*Special Purpose for Plaintiffs for Withdrawal of Reference Motion*

## CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that a true and correct copy of the above and foregoing document and all attachments thereto were sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on this January 23, 2023 , including counsel for the Reorganized Debtor in compliance with this Court's Local Rule 9014-1(c) and (d).

*/s/ Louis M. Phillips*
Louis M. Phillips