**SBAITI & COMPANY PLLC**
Mazin A. Sbaiti (TX Bar No. 24058096)
Jonathan Bridges (TX Bar No. 24028835)
2200 Ross Avenue, Suite 4900W
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367
*Counsel for Charitable DAF Fund, L.P.*
*and CLO Holdco, Ltd.*

**KELLY HART PITRE**
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com
Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

**KELLY HART & HALLMAN**
Hugh G. Connor II
State Bar No. 00787272
hugh.connor@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
Katherine T. Hopkins
Texas Bar No. 24070737
katherine.hopkins@kellyhart.com
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Telecopier: (817) 878-9280

*Special Purpose for Charitable DAF Fund, L.P.*
*and CLO Holdco, Ltd. with respect to Withdrawal of Reference Motion*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Case No. 19-34054-sgj11** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § § § | **Chapter 11** |
| | § | |
| **Debtor** | § § § | |
| | | |
| **CHARITABLE DAF FUND, L.P. AND CLO HOLDCO, LTD., DIRECTLY AND DERIVATIVELY** | § § § | |
| **Plaintiff** | § | |

1

| | | |
|---|---|---|
| **v.** | § | **Case No. 21-03067-sgj** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., AND HIGHLAND CLO FUNDING LTD., NOMINALLY ,** | § § § § § | |
| **Defendant** | | |

**NOTICE OF APPEARANCE OF SPECIAL PURPOSE COUNSEL WITH RESPECT TO THE RENEWED MOTION TO WITHDRAW THE REFERENCE TO BE HELD ON JANUARY 25, 2023 AT 1:30 PM**

**PLEASE TAKE NOTICE THAT** undersigned counsel ("Kelly Hart") files this *Notice of Appearance as Special Purpose Counsel* with respect to the *Renewed Motion to Withdraw the Reference* [Docket No. 128] (the "Withdrawal of Reference Motion"), which the Court has set for hearing at 1:30 p.m. (Central Time) on January 25, 2023 (the "Hearing") in the above-styled adversary proceeding (the "Adversary Proceeding"). Kelly Hart's representation of Plaintiffs in this Adversary Proceeding is for the limited purpose of the Hearing with respect to the Withdrawal of Reference Motion.

**KELLY HART PITRE**

*/s/ Louis M. Phillips*
**Louis M. Phillips (#10505)**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

and

2

        **KELLY HART & HALLMAN**
        Hugh G. Connor II
        State Bar No. 00787272
        hugh.connor@kellyhart.com
        Michael D. Anderson
        State Bar No. 24031699
        michael.anderson@kellyhart.com
        Katherine T. Hopkins
        Texas Bar No. 24070737
        katherine.hopkins@kellyhart.com
        201 Main Street, Suite 2500
        Fort Worth, Texas 76102
        Telephone: (817) 332-2500

        *Special Purpose for Plaintiffs for Withdrawal of Reference Motion*

## CERTIFICATE OF SERVICE

I, undersigned counsel, hereby certify that a true and correct copy of the above and foregoing document and all attachments thereto were sent via electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on this January 25, 2023.

        */s/ Louis M. Phillips*
        Louis M. Phillips