BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Charitable DAF Fund, LP et al v. Highland Capital Management, LP et al<br><br>DEBTOR | Status Conference: Motion For Withdrawal of Reference filed by Plaintiff CLO Holdco, Ltd., & Charitable DAF Fund, LP., doc. #128<br><br>**TYPE OF HEARING** | Case # 21–03067–sgj |

| | | |
|---|---|---|
| Charitable DAF Fund, LP et al<br><br>**PLAINTIFF / MOVANT** | VS | Highland Capital Management, LP et al<br><br>**DEFENDANT / RESPONDENT** |
| Louise M. Phillips & Mazin Ahmad Sbaiti<br><br>**ATTORNEY** | | Gregory V. Demo & John A. Morris<br><br>**ATTORNEY** |

**EXHIBITS**

SEE EXHIBIT LIST

Exhibit #1 – Excerpts from Transcript of hearing on Application to Employ James P. Seery. Jr.

Exhibit #2 – Highland CLO Funding – Members Agreement relating to the Company

Exhibit #3 – HarbourVest Settlement Agreement

Exhibit #4 – Order Approving Debtor's Settlement with HarbourVest

Exhibit #5 – HCLOF Offering

Exhibit #6 – Amended and Restated Investment Advisory Agreement

| | | |
|---|---|---|
| Michael Edmond<br><br>REPORTED BY | January 25, 2023<br><br>HEARING DATE | Stacey G Jernigan<br><br>JUDGE PRESIDING |