# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CHARITABLE DAF FUND, L.P. and CLO HOLDCO, LTD., directly and derivatively, | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-2802-S |
| HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., and HIGHLAND CLO FUNDING, LTD. | § § § § § | |

## ORDER

This Order addresses the Joint Motion to Transfer Proceeding and Consolidate Before Original Court [ECF No. 11] ("Motion"). The Court **GRANTS** the Motion and the above-numbered case is hereby transferred to the docket of the Honorable Judge Jane Boyle, and shall henceforth carry the suffix letter "B."

**SO ORDERED.**

SIGNED April 3, 2023.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**