BTXN 049 (rev. 03/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>　　　　　　　　　　　　Debtor(s)<br>Charitable DAF Fund, LP  et al.<br>　　　　　　　　　　　　Plaintiff(s)<br>　vs.<br>Highland Capital Management, LP  et al.<br>　　　　　　　　　　　　Defendant(s)<br><br>Charitable DAF Fund, L.P. and CLO Holdco, Ltd.<br>　　　　　　　　　　　　Appellant(s)<br>　vs.<br>Highland Capital Management, L.P.<br>　　　　　　　　　　　　Appellee(s) | §§§§§§§§§§§§§§§§§ | Case No.:    19–34054–sgj11<br>Chapter No.:   11<br><br>Adversary No.:    21–03067–sgj<br><br>Civil Case No.: |

# NOTICE OF TRANSMITTAL

I am transmitting:

- ☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).

- ☐ The Motion for Stay Pending Appeal (USDC Action No. – DNC Case).

- ☐ The Proposed Findings of Fact and Conclusions of Law.

- ☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).

- ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.

- ☐ Other

- ☑ Copies of: Notice of appeal, appealed order [167] and supporting documents

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753–2200.

DATED:  7/6/23

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 19–34054–sgj11

Adversary No.: 21–03067–sgj

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G Jernigan
    Courtney Lauer
    Caroline Nowlin
    Attorney(s) for Appellant
    US Trustee

**Appellant**   Charitable DAF Fund, L.P. and CLO Holdco, Ltd.

SBAITI & COMPANY PLLC
Mazin A. Sbaiti
Jonathan Bridges
J.P. Morgan Chase Tower
2200 Ross Avenue, Suite 4900W
Dallas, TX 75201
T: (214) 432–2899

**Appellee**   Highland Capital Management, L.P.

PACHULSKI STANG ZIEHL & JONES LLP
Jeffery N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277–6910

And

Hayward & Associates PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expressway, Suite 106
Dallas, TX 75231
Telephone: (972) 755–7100

BTXN 150 (rev. 11/10)

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>Charitable DAF Fund, LP et al.<br>vs.<br>Highland Capital Management, LP et al. | §<br>§<br>§ Debtor(s)<br>§<br>§ Plaintiff(s)<br>§<br>§ Defendant(s) | Case No.: 19–34054–sgj11<br>Chapter No.: 11<br><br>Adversary No.: 21–03067–sgj |

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) APPELLANT**
Charitable DAF Fund, L.P. and CLO Holdco, Ltd.

**APPELLEE**
Highland Capital Management, L.P.

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
SBAITI & COMPANY PLLC
Mazin A. Sbaiti
Jonathan Bridges
J.P. Morgan Chase Tower
2200 Ross Avenue, Suite 4900W
Dallas, TX 75201
T: (214) 432–2899

Attorney's (If Known)
PACHULSKI STANG ZIEHL & JONES LLP
Jeffery N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277–6910

And

Hayward & Associates PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expressway, Suite 106
Dallas, TX 75231
Telephone: (972) 755–7100

**II. BASIS OF JURISDICTION**

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
⦿ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

⦿ 422 Appeal 28 USC 158    ○ 423 Withdrawal 28 USC 157    ○ 890 Other Statutory Actions

**V. ORIGIN**

⦿ 1 Original Proceeding
○ 2 Removed from State Court
○ 3 Remanded from Appellate Court
○ 4 Reinstated or Reopened
○ 5 Transferred from another district
○ 6 Multidistrict Litigation
○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
422 Appeal 28 USC 158

Brief description of cause:
Notice of appeal of a bankruptcy court order

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                                                    Docket Number:

DATED: 7/6/23

FOR THE COURT:
Robert P. Colwell, Clerk of Court
by: /s/Sheniqua Whitaker, Deputy Clerk