BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>Debtor(s)<br>Charitable DAF Fund, LP et al.<br>Plaintiff(s)<br>   vs.<br>Highland Capital Management, LP et al.<br>Defendant(s) | §§§§§§§§§ | Case No.: 19–34054–sgj11<br>Chapter No.: 11<br><br>Adversary No.: 21–03067–sgj |

Dear Mazin Sbaiti:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No–Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: Please file an amended designation to omit the hearing held event (#77) as there is no PDF to attach to record.
  Also, court admitted exhibits, will need to be placed on a flash drive, each pdf can be long larger than 5MB and no color. UNLESS they are part of an exhibit list that you have already designated, if that is the case, just modify the 154 entry to include and say SEE DEGISNATED ENTRY *** FOR EXHIBITS.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 3 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 7/12/23

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/J. Blanco, Deputy Clerk
juan_blanco@txnb.uscourts.gov