UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NO. |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | ) ) | 19-34054-SGJ-11 |
| | ) | |
| Debtor. | ) | |
| -------------------------------------------------------- | ) | |
| CHARITABLE DAF FUND, L.P. and CLO HOLDCO, LTD., | ) ) | |
| | ) | |
| Appellants, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-1503-G |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | ) ) | |
| | ) | |
| Appellee. | ) | |

### ORDER OF TRANSFER

This case is hereby **TRANSFERRED** to the docket of **United States District Judge Jane J. Boyle**. All future pleadings shall subsequently be filed under case No. **3:23-CV-1503-B**.

**SO ORDERED**.

July 18, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**