BTXN 099 (rev. 12/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>Highland Capital Management, L.P.<br><br>Debtor(s)<br>Charitable DAF Fund, L.P. and CLO Holdco, Ltd<br>Appellant(s)<br>vs.<br>Highland Capital Management, L.P.<br>Appellee(s) | Case No.: 19–34054–sgj11<br>Chapter No.: 11<br><br>Adversary No.: 21–03067–sgj<br><br>Civil Action No.: 3:23–CV–01503–B |

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 6/27/2023 regarding [167] Order granting Defendant Highland Capital Management, L.P.'s Renewed motion to dismiss adversary proceeding (related document # 122) Entered on 6/25/2023. by Highland Capital Management, L.P. in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the Federal Rules of Bankruptcy Procedure.

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on September 11, 2023.


DATED: 9/11/23                    FOR THE COURT:
                                  Robert P. Colwell, Clerk of Court

                                  by: /s/J. Blanco, Deputy Clerk