UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                              §
Highland Capital Management, L.P.                   §
                                                    §    Case No.:    19−34054−sgj11
                                       Debtor(s)    §    Chapter No.:   11
Charitable DAF Fund, L.P. and CLO Holdco, Ltd       §
                                    Appellant(s)    §    Adversary No.:    21−03067−sgj
          vs.                                       §
Highland Capital Management, L.P.                   §    Civil Action No.:    3:23−CV−01503−B
                                    Appellee(s)     §
                                                    §
                                                    §
                                                    §
                                                    §
                                                    §
                                                    §

# TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8010, the appeal filed on 6/27/2023 regarding [167] Order
granting Defendant Highland Capital Management, L.P.'s Renewed motion to dismiss adversary proceeding (related
document # 122) Entered on 6/25/2023. by Highland Capital Management, L.P. in the above styled bankruptcy case
is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8010 of the
Federal Rules of Bankruptcy Procedure.

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until
such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on September 11, 2023.

DATED:  9/11/23                    FOR THE COURT:
                                   Robert P. Colwell, Clerk of Court

                                   by: /s/J. Blanco, Deputy Clerk