# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-10880

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

April 23, 2025

Lyle W. Cayce
Clerk

IN THE MATTER OF HIGHLAND CAPITAL MANAGEMENT, L.P.

*Debtor*,

CHARITABLE DAF FUND, ; CLO HOLDCO, *Limited*,

*Appellants*,

*versus*

HIGHLAND CAPITAL MANAGEMENT, L.P.,

*Appellee.*

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CV-1503

———————————————————————

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of April 23, 2025, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 23, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

        No. 24-10880    Charitable DAF Fund v. Highland Capital
                        USDC No. 3:23-CV-1503

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Melissa B. Courseault, Deputy Clerk
                        504-310-7701

cc w/encl:
     Mr. Zachery Z. Annable
     Mr. Jonathan Bridges
     Mr. Gregory Vincent Demo
     Ms. Melissa Sue Hayward
     Mr. John A. Morris
     Mr. Jeffrey N. Pomerantz
     Mr. Griffin Simon Rubin
     Mr. Mazin Ahmad Sbaiti
     Ms. Hayley R. Winograd